# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 24-8997-JFW(AGRx)** | Date:  March 12, 2025 |
| Title:  Rafael Quezada -v- FCA US LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

Based on the Joint Status Report Re: Mediation, filed March 7, 2025 (Docket No. 19), it appears that counsel have intentionally violated the Court's Orders to conduct a Settlement Conference on or before March 3, 2025.

Accordingly, counsel are ordered to show cause in writing by **March 14, 2025,** why the Court should not impose sanctions in the amount of $1,500.00 against each of them.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.